**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1385**

JOE E. TEAGUE, JR.,

                Plaintiff - Appellant,

        v.

NCDOT,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (5:07-cv-00045-F)

Submitted:  November 30, 2010        Decided:  December 3, 2010

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joe E. Teague, Jr., Appellant Pro Se.  Ebony Jeanelle Pittman,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Edwards Teague, Jr., appeals the district court's orders denying relief on his motion seeking to re-open the appeal period in the underlying civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Teague v. NCDOT, No. 5:07-cv-00045-F (E.D.N.C. Dec. 29, 2009; Mar. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED